UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04 10207 WGY

DOCKET NUMBER

MAGISTRATE JUDGE Cohen

GREATER BOSTON HOTEL
EMPLOYEES LOCAL 26 TRUST FUNDS
Plaintiff,

v.

FENWAY CAMBRIDGE MOTOR HOTEL
INC. d/b/a RADISSON CAMBRIDGE
HOTEL
Defendant.

RECEIPT # 53461
AMOUNT $150
SUMMONS ISSUED yes
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK.
DATE 1-29-04

## COMPLAINT

1. This court has jurisdiction over this matter pursuant to the Employee Retirement Income Security Act of 1974 and any and all amendments to the same.

2. Venue in the United States District Court for the District of Massachusetts is proper since the duly authorized officers of the Radisson Cambridge Hotel is domiciled and doing business in the Commonwealth of Massachusetts.

3. The Plaintiff, Greater Boston Hotel Employees Local 26 Trust Fund has its offices at 20 Park Plaza, Statler Office Building, 9th Floor, Boston, Massachusetts, 02116.

4. At all times material herein the Defendant was contractually obligated pursuant to the terms of a collective bargaining agreement (CBA) to contribute to the Health and Welfare, Legal, Education and Pension Funds of the Greater Boston Hotel Employees Local 26 Trust Fund ("Funds") on behalf of their employees.

5. Pursuant to Defendant's CBA with Local 26 of the Hotel Employee and Restaurant, Employees International Union, AFL-CIO ("Union"), the Defendant was obligated to make these contributions to the Funds on a monthly basis.

6. The Defendant has continually failed to make these contractually obligated payments to the Trust Fund.

7. The Plaintiff has contacted the Defendant on numerous occasions regarding their failures to contribute and/or making delinquent payments to the Trust Fund.

8. The Defendant has failed to make the payments to the Trust Fund in accordance with the CBA.

17/461658.1

9. As a result of the Defendant's breach, the Funds have suffered significant lost income while the Defendant has and continues to receive Fund benefits for their employees.

WHEREFORE, plaintiff demand the following forms of relief:

a. Repayment of all lost income to the Health and Welfare, Legal, Education and Housing Trust Funds;

b. Interest accrued on all outstanding obligations by the Defendant to the Trust Fund;

c. Attorneys fees and all costs associated with bringing this action; and

d. Any other relief the court may deem just and proper.

Plaintiffs claim a trial by jury.

Respectfully submitted,

Jeffrey H. Lerer (BBO #294500)
FOLEY HOAG LLP
Domenic Bozzotto (BBO #628444)
Law Office of Domenic Bozzotto P.C.
58 Berkeley Street, 2nd Floor
Boston, MA 02116
(617) 423 – 3335 Ext. 15
(617) 423 – 0416 - Fax

Dated: January 29, 2004

17/461658.1

- 2 -