AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **Massachusetts**

Greater Boston Hotel Employees Local 26 Trust Funds

V.

Fenway Cambridge Motor Hotel Inc. d/b/a Radisson Cambridge Hotel

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 10207 WGY

TO: (Name and address of Defendant)

Mitchell Muroff
Vice President & General Counsel
Fenway Cambridge Motor Hotel Inc.
777 Memorial Drive
Cambridge, MA

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Domenic Bozzotto, Esq.
58 Berkeley Street, 2nd Floor
Boston, MA 02116

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  1/29/04

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE: February 2, 2004 |
| NAME OF SERVER: JOSEPH OLINTO | TITLE: Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to **Ms. Marsha Wong, Administrative Assistant and** Duly Authorized Agent for the within-named **Fenway Cambridge Motor Hotel Inc. d/b/a Radisson Cambridge Hotel***

Said service was made at:
**777 Memorial Drive, Cambridge**, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $ 24.00 | $ 24.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on **February 2, 2004**

Signature of Server: *Joseph Olinto*

Address of Server: One Devonshire Place, Boston, Massachusetts

### ADDITIONAL INFORMATION

PLEASE NOTE THAT IT WAS NECESSARY TO MAKE _____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $_____.00 |
| | | *c/o Mitchell Muroff, Executive Vice President and General Counsel | $_____.00 |
| | | | $_____.00 |
| | | | $_____.00 |
| | | | $_____.00 |
| | | | $_____.00 |
| | | | TOTAL $_____.00 |

**DUE & DILIGENT SEARCH:** $_____.00 No service was made because when constable arrived at said address he discovered said address to be

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

**Suvalle, Jodrey & Associates**
**Massachusetts Constables since 1925**
One Devonshire Place
Boston, MA 02109
Telephone # (617) 720-5733
Fax # (617) 720-5737