UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No.: 04-10207WGY

| | |
|---|---|
| Greater Boston Hotel Employees Local 26 Trust Fund,<br>    Plaintiffs, | )<br>)<br>) |
| v. | )<br>) |
| Fenway Cambridge Motor Hotel, Inc. d/b/a Radisson Cambridge Hotel,<br>    Defendants. | )<br>)<br>)<br>) |

## ANSWER OF DEFENDANT FENWAY CAMBRIDGE MOTOR HOTEL, INC. d/b/a RADISSON CAMBRIDGE HOTEL

1. Paragraph 1 makes a statement of law and therefore no response is required. To the extent that paragraph 1 of the Complaint is construed to contain an allegation of fact, the defendant denies the allegation and calls upon the plaintiff to prove same.

2. The defendant denies that the duly authorized officers of the Radisson Cambridge Hotel is domiciled and doing business in the Commonwealth of Massachusetts and/or that such statement confers appropriate venue with the United States District Court for the District of Massachusetts and therefore calls upon the plaintiff to prove same.

3. The defendant lacks sufficient knowledge to either admit or deny the allegations contained in paragraph 3 and calls upon plaintiff to prove same.

4. The defendant lacks sufficient knowledge to either admit or deny the allegations contained in paragraph 4 and calls upon plaintiff to prove same.

5. The defendant lacks sufficient knowledge to either admit or deny the allegations contained in paragraph 5 and calls upon plaintiff to prove same.

6. The defendant lacks sufficient knowledge to either admit or deny the allegations contained in paragraph 6 and calls upon plaintiff to prove same.

7. The defendant lacks sufficient knowledge to either admit or deny the allegations contained in paragraph 7 and calls upon plaintiff to prove same.

8. The defendant lacks sufficient knowledge to either admit or deny the allegations contained in paragraph 8 and calls upon plaintiff to prove same.

9. The defendant lacks sufficient knowledge to either admit or deny the allegations contained in paragraph 9 and calls upon plaintiff to prove same.

### FIRST AFFIRMATIVE DEFENSE

The Complaint must be dismissed due to failure to set forth a cause of action upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

The Complaint must be dismissed due to misnomer.

### THIRD AFFIRMATIVE DEFENSE

The Complaint must be dismissed due to failure of service of process and insufficiency of service of process.

### FOURTH AFFIRMATIVE DEFENSE

The Complaint must be dismissed due to lack of jurisdiction.

## FIFTH AFFIRMATIVE DEFENSE

The Complaint must be dismissed due to Statute of Frauds.

## SIXTH AFFIRMATIVE DEFENSE

The Complaint must be dismissed due to the plaintiff's failure to comply with the procedural pre requites to the brining of this action.

## SEVENTH AFFIRMATIVE DEFENSE

The defendant reserves the right to add additional Affirmative Defenses as determined through discovery.

Respectfully submitted,

Defendant, Fenway Cambridge Motor Hotel, Inc.
d/b/a Radisson Cambridge Hotel,

By its attorneys,

Jonathon D. Friedmann
Rudolph Friedmann LLP
92 State Street
Boston, MA 02109
(617) 723-7700

Dated: February 13, 2004

## CERTIFICATE OF SERVICE

I, Jonathon D. Friedmann, hereby certify that I have this day served a true copy of this document upon the opposing parties as listed below, by mailing a copy thereof this 13th day of February, 2004.

*Jonathon D. Friedmann* (jmy)
Jonathon D. Friedmann, Esq.

Jeffrey H. Lerer, Esq.
Domenic Bozzotto, Esq.
Law Offices of Domenic Bozzotto P.C.
58 Berkeley Street, 2nd Floor
Boston, MA 02116

4