UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 14  A 11: 10

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| GREATER BOSTON HOTEL EMPLOYEES, LOCAL 26 TRUST FUND )<br><br>Plaintiff, )<br><br>v. )<br><br>FENWAY CAMBRIDGE MOTOR HOTEL )<br><br>Defendant. ) | CIVIL ACTION<br>NO. 04-10207-LPC |

### RULE 16.1 (D)(3) CERTIFICATION
### OF PLAINTIFF GREATER BOSTON HOTEL EMLPOYEES, LOCAL 26

Pursuant to Local Rule 16.1 (D) (3), the Plaintiff Greater Boston Hotel Employees, Local 26 and its counsel hereby certify and affirm that they have conferred with each other with a view to establishing a budget for the cost of conducting the full course – and various alternative courses – of the litigation and to consider the resolution of the litigation through the use of alternative methods of dispute resolution such as those outlined in Local Rule 16.4.

This Certification is filed in addition to the Plaintiff's Statement pursuant to local Rule 16.1 (D).

1

Respectfully submitted,

**GREATER BOSTON HOTEL EMPLOYEES, LOCAL 26,**

By its attorney,

By: _____
Janice Loux
Treasurer/Trustee

-and—

**Law Office of Domenic Bozzotto P.C.**

By: _____
Domenic Bozzotto – BBO #628444
58 Berkley Street, 2nd Floor
Boston, MA 02116

Date: June 14, 2004

### CERTIFICATE OF SERVICE

I, Domenic Bozzotto, hereby certify that on this date I have served Rule 16.1 (D)(3) Certification of Plaintiff Greater Boston Hotel Employees, Local 26 by sending a copy of same, via U.S. Mail, first-class postage-prepaid, to counsel of record:

_____
Domenic Bozzotto

Dated: June 14, 2004