UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 14 A 11: 10

U.S. DISTRICT COURT
DISTRICT OF MASS.

GREATER BOSTON HOTEL EMPLOYEES,
LOCAL 26

    Plaintiff,

v.

FENWAY CAMBRIDGE MOTOR HOTEL

    Defendant.

CIVIL ACTION
No. 04-10207-LPC

## CERTIFICATION PUSUANT TO LOCAL RULE 16.1

The Plaintiff Greater Boston Hotel Employees, Local 26 and their counsel hereby certify that we have conferred:

(a)    with respect to establish a budget for the cost of conducting the full course, and various alternative courses, of the litigation; and,

(b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

GREATER BOSTON HOTEL EMPLOYEES,
LOCAL 26

_____
Janice Loux
Treasurer/Trustee

6/14/04
Dated

_____
Domenic Bozzotto, BBO # 628444
Law Office of Domenic Bozzotto P.C.
58 Berkley Street, 2nd Floor
Boston, MA 02116

6/14/04
Dated