UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No.: 04-10207WGY

_____
Greater Boston Hotel Employees Local 26 )
Trust Fund,                             )
    Plaintiffs,                     )
                                        )
               v.                    )
                                        )
Fenway Cambridge Motor Hotel, Inc. d/b/a )
Radisson Cambridge Hotel,               )
    Defendants.                     )
_____)

**REQUEST FOR ENTRY OF JUDGMENT FOR DISMISSAL**

Now comes the defendant in the above-captioned matter and respectfully request this Honorable Court to enter final judgment for dismissal. As grounds therefore, the moving party states that it is the defendant in the above-captioned matter. On December 1, 2004, the Final Pre-Trial for the above-captioned matter was scheduled at which time defendant only appeared. The Court, out of an abundance of caution, scheduled a Further Final Pre-Trial for December 22, 2004 at 2:30 p.m. At the time of the Further Final Pre-Trial defendant only appeared also. The Court indicated at that time the notice would be sent to all parties and that defendant could move for entry of judgment for dismissal within a reasonable period of time if no action was taken by the plaintiff. A reasonable period of time has expired since the Court's entry of default.

WHEREFORE, your moving party respectfully requests this Honorable Court to enter judgment in favor of the defendant against the plaintiff for final default judgment for dismissal.

                                    Respectfully submitted,

                                    Defendant, Fenway Cambridge Motor Hotel, Inc.
                                    d/b/a Radisson Cambridge Hotel,

                                    By its attorneys,

                                    /s/ Jonathon D. Friedmann
                                    _____
                                    Jonathon D. Friedmann
                                    Rudolph Friedmann LLP
                                    92 State Street
                                    Boston, MA 02109
                                    (617) 723-7700

Dated: January 3, 2005

## **CERTIFICATE OF SERVICE**

    I, Jonathon D. Friedmann, hereby certify that I have this day served a true copy of this document upon the opposing parties as listed below, by mailing a copy thereof this 3rd day of January, 2005.

                                                                  /s/ Jonathon D. Friedmann
                                                                   _____
                                                                   Jonathon D. Friedmann, Esq.

Domenic Bozzotto, Esq.
Law Offices of Domenic Bozzotto P.C.
58 Berkeley Street, 2nd Floor
Boston, MA 02116