UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
04-10207-LPC

GREATER BOSTON HOTEL EMPLOYEES LOCAL
26 TRUST FUND

Plaintiff

v.

FENWAY CAMBRIDGE MOTOR HOTEL, INC.
d/b/a RADISSON CAMBRIDGE HOTEL

Defendant

<u>JUDGMENT</u>

January 26, 2005

COHEN, M.J.

    The above-entitled case having been referred to this court for all proceedings, including trial and entry of judgment, with the consent of the parties and consistent with the provisions of 28 U.S.C. § 636(c) and Rule 4(c)(1) of the Rules for United States Magistrate Judges in the United States District Court for the District of Massachusetts, for the reasons set forth in the Memorandum and Order entered contemporaneously herewith, judgment for the defendant, Fenway Cambridge Motor Hotel, Inc. d/b/a Radisson Cambridge Hotel, and against the plaintiff, Greater Boston Hotel Employees Local 26 Trust Fund.

_____
UNITED STATES MAGISTRATE JUDGE